PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

WHM 8/1/23

UNITED STATES POSTAL SERVICE — PRIORITY®

Retail

US POSTAGE PAID
$9.65
Origin: 34491
07/28/23
1187750924-08

PRIORITY MAIL®

0 Lb 5.30 Oz
RDC 01

EXPECTED DELIVERY DAY: 07/31/23

C018

SHIP TO:
250 E NORTH ST
GREENVILLE SC 29601-2112

USPS TRACKING® #



9505 5102 8983 3209 5668 60

- Expected delivery date
- Domestic shipments inc
- USPS Tracking® service
- Limited international ins
- When used internationa

*Insurance does not cover certa
Domestic Mail Manual at http://
** See International Mail Manual

FLAT RATE
ONE RATE ■ ANY WEI

TRACKED

PS00001000014

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
George Metz
4980 SE 140th St
Summerfield FL 34491

TO:
Clerk of Courts
250 East North St
Greenville SC
29601

Label 228, March 2016    FOR DOMESTIC AND INTERNATIONAL USE

2023 AUG 12 PM 3:38
RECEIVED
USDC CLERK GREENVILLE, SC



# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.