UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 08 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRIAN BEST,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>VIRGIL SMITH,<br><br>   Defendant - Appellee,<br><br> and<br><br>SONOMA COUNTY SHERIFF DEPARTMENT; et al.,<br><br>   Defendants. | No. 22-16809<br><br>D.C. No. 4:19-cv-02252-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered May 31, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT