# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| GEORGE D. METZ, II | ) |
| | ) C/A No. 8:23-cv-01159-DCC-KFM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF EASLEY, SOUTH CAROLINA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6), *FRCP*

PLEASE TAKE NOTICE that ten (10) days after the date of service hereof, or at such other further time and place as the Court deems appropriate, the Defendant named above, by and through their undersigned counsel, will move before this Court, pursuant to pursuant to Rule 12(b)(6), *FRCP*, to dismiss this action for failure to state facts sufficient to constitute a cause of action for which relief can be granted. This Motion is supported by the Memorandum filed of even date herewith.

I hereby certify that this Motion is meritorious and not intended merely for delay.

Respectfully submitted,

DUGGAN & HUGHES, LLC

s/Daniel R. Hughes
Daniel R. Hughes
South Carolina Bar No. 72547
Federal ID No. 10568
457-B-Pennsylvania Avenue (29650)
P.O. Box 449
Greer, SC 29652-0449
Telephone (864) 334-2500
Facsimile (864) 879-0149
ATTORNEYS FOR DEFENDANT

Dated: August 19, 2024
Greer, South Carolina