# CERTIFICATE OF SERVICE

This is to certify that I have on this day filed electronically via CM/ECF a true and correct copy of the foregoing **Motion to Dismiss and Memorandum in Support of Motion to Dismiss** in the United States District Court for the District of South Carolina. Furthermore, I have served the Plaintiff, a pro se litigant, by regular and certified mail at the address below, and therefore, I have served all the parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of the electronic filing:

George D. Metz, II
4980 SE 140th St.
Summerfield, FL 34491

This 19th day of August 2024.

       /s/ Daniel R. Hughes
Daniel R. Hughes