George Metz
15301 NW 188th St
Alachua, FL 32615

Clerk of Courts
250 East North Street
Greenville, SC 29601

U.S. POSTAGE PAID
FCM LETTER
ALACHUA, FL 32615
SEP 07, 2024
$0.28
R2304H109025-3

2024 SEP 10 PM 1:25
RECEIVED
USDC CLERK, GREENVILLE

9-10-24