IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| George D Metz, II, | ) | C/A No. 8:23-cv-01159-DCC-WSB |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **SCHEDULING ORDER** |
| vs. | ) | |
| | ) | |
| City of Easley South Carolina, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following schedule is established for this case, which involves a *pro se* litigant.  Pursuant to Local Civil Rule 16.00(B) (D.S.C.), the Federal Rule of Civil Procedure 26(f) conference, the Federal Rule of Civil Procedure 26(a)(1) initial disclosures, and the Federal Rule of Civil Procedure 26(f) report requirements are waived.  Discovery may begin upon receipt of this Order.

1. Motions to join other parties and amend the pleadings shall be filed no later than **March 12, 2025**. All motions to amend pleadings must be accompanied by a proposed amended pleading.

2. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **April 11, 2025**.

3. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been disclosed to other parties by **May 12, 2025**.

4. Counsel shall file and serve a document identifying all records custodian witnesses proposed to be presented by affidavit at trial and certifying that appropriate affidavits with attached records have been served on other parties no later than **May 12, 2025**. Objections to such affidavits must be made within fourteen (14) days after the service of the disclosure. *See* Fed. R. Evid. 803(6), 902(11), or 902(12) and Local Civil Rule 16.02(D)(3) (D.S.C.).

5. Discovery shall be completed no later than **July 11, 2025**.  All discovery requests, including subpoenas *duces tecum*, shall be served in time for the responses thereto to be served by this date.  *De bene esse* depositions must be completed by discovery deadline.  No extension of this deadline will be permitted without leave of court.  No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as

    required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Brown in an attempt to resolve the matter informally.

6. The Court does not currently impose a mediation deadline. However, the Court encourages the parties to engage in settlement discussions and reserves the right to impose a mediation deadline at a later date.

7. All other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial, shall be filed on or before **August 11, 2025**.

8. Unless otherwise ordered by the Court, this case is subject to being called for jury selection and trial after the expiration of the deadline in ¶ 7 OR thirty (30) days following the issuance of a report and recommendation on any motion described in ¶ 7 of this Order, whichever is later.

**IT IS SO ORDERED.**

                                                      s/William S. Brown
                                                      United States Magistrate Judge

January 15, 2025
Greenville, South Carolina

Attachment:
    1) Notice of availability of United States Magistrate Judge

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| ,      Plaintiffs, | ) ) ) | |
| vs. | ) | C/A No.: 8:23-cv-01159-DCC-WSB |
| ,      Defendants. | ) ) ) ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

Consent to a magistrate judge's authority. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED**: This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
District Judge's signature

_____
Printed name and title

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.