IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| GEORGE D. METZ, II | ) |
| | ) C/A No. 8:23-cv-01159-DCC-KFM |
| Plaintiff, | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| CITY OF EASLEY, SOUTH CAROLINA, | ) |
| | ) |
| Defendant. | ) |

The Plaintiff, George D. Metz, II, along with the consent of Defendant, City of Easley, South Carolina, by and through their attorney, Daniel R. Hughes, do hereby stipulate pursuant to Rule 41(a)(1)(A)(ii), *FRCP*, to dismiss this action *with prejudice*.

**I STIPULATE:**

*[signature]*

George D. Metz, II
15301 NW 188th Street
Alachua, FL 32615
Telephone: (352) 446-8145
*Pro Se* Plaintiff

Dated: September 26, 2025

DUGGAN & HUGHES, LLC

*s/Daniel R. Hughes*
Daniel R. Hughes
South Carolina Bar No. 72547
Federal ID No. 10568
dhughes@dugganhughes.com
457-B Pennsylvania Avenue (29650)
P.O. Box 449
Greer, SC 29652
Tel: (864) 334-2500
(864) 879-0149 (facsimile)
Counsel for Defendant, City of Easley

Dated: September 25, 2025

1